IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BILLY GENE LEDWELL,           )
                              )
            Petitioner,       )
                              )
      v.                      )      1:05CV00951
                              )
GEORGE KENWORTHY,             )
                              )
            Respondent.       )

### J U D G M E N T

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that petitioner's motion to amend his petition (docket no. 20) is denied, that respondent's motion for summary judgment (docket no. 8) is granted, that the habeas petition (docket no. 2) is denied, that this action is dismissed, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

October 11, 2006

United States District Judge